[No. 6248-8-II. Division Two. April 6, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
ALLEN REED, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 6199, Gerald B. Chamberlin, J., entered March 8, 1982. *Dismissed* by unpublished opinion per Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

[No. 6135-0-II. Division Two. April 6, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAN
G. FRIES, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. CR 81-6267, Dale M. Nordquist, J., entered January 14, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.

[No. 11427-1-I. Division One. April 9, 1984.]

GRANGE INSURANCE ASSOCIATION, *Appellant,* v.
ELIZABETH L. PHELPS, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-03774-7, Jim Bates, J., entered March 1, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Williams, J., and Soderland, J. Pro Tem.